MOED-0001                     DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

[Reset Form]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

DOUGLAS HARTMAN and                )
LESLIE HARTMAN,                    )
                                   )
    Plaintiff(s),                  )
                                   )
vs.                                )   Case No. 4:18-CV-869
                                   )
L-3 COMMUNICATIONS EOTECH, INC.    )
and L-3 TECHNOLOGIES, INC.,        )
                                   )
    Defendant(s).                  )

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for __Defendants__ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):

   Defendant L-3 Technologies, Inc. ("L-3"): None; L-3's common stock is publicly traded on the New York Stock Exchange. Based on publicly available securities law filings, no person beneficially owns more than ten percent of L-3's common stock other than The Vanguard Group, Inc. (Defendant L-3 Communications EOTech, Inc is an unincorporated business unit of L-3).

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

   Aviation Communication and Surveillance Systems, LLC; Beijing MAPPS-SERI Technology Company Ltd.; Combat Advanced Propulsion, LLC; FAST Holdings Limited; FAST Training Services Limited; Honeywell TCAS Inc.; L-3 Security Equipment Trading (Beijing) Co., Ltd.; MHA-Stopford Limited

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):


2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

[Signature]
Signature (Counsel for Plaintiff/Defendant)
Print Name: __James B. Martin__
Address: __7733 Forsyth Blvd., #1900__
City/State/Zip: __St. Louis, MO 63105__
Phone: __(314) 889-7300__

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____June 6,_____, 2018_____.

[Signature]
Signature